**FILED**

OCT 2 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE 4718063    2:07-CV-2292 MCE KJM PC
(Name of Plaintiff)              (Case Number)

SHASTA COUNTY JAIL
(Address of Plaintiff)
1655 West St
Redding, Ca 96001

vs.

SHASTA COUNTY SHERIFF Tom Bosenko, sheriff
cpt Vanbuskirk, Lt. Ashmun, sgt Jenkins, C/o Sam
Galindo, C/o Steven Hyde, C/o Brian Walker, C/o Jason
Whampton, Nurse Gannie Harrison Nurse Robert Vincent
C/o Curtis Forehand, C/o Brandon Rodgers And Shasta County
Marshal Tona Wilburn, C.D.C.R Parole Agent Randy Abney
(Names of Defendants)
Shasta County Public Defender Deputies Bill Bateman, Jeff Gordor
And Shasta county superior court Judge Wilson Curle

COMPLAINT AND DEMAND FOR
JURY TRIAL UNDER U.S.C 1983
AND EMERGENCY TEMPORARY
RESTRAINING ORDER

I. Previous Lawsuits:

A. Have you brought any other lawsuits while a prisoner:  ☑ Yes   ☐ No

B. If your answer to A is yes, how many?:  ___7___  Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff ____ MICHAEL AARON JAYNE _____

Defendants __SHASTA COUNTY SHERIFF Jim Pope, Deputies Heath Hughes,
Pat Kropholler, Todd Carson, Paul Moen, Steve Berg and Anderson Police
officer Michael Perry__

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT. 42 U.S.C. § 1983         Rev'd 5/99

3

2. Court (if Federal Court, give name of District; if State Court, give name of County) _Eastern District of Cal - U.S District Court_

3. Docket Number _CIV-S-02-0418 WBS JFM_

4. Name of judge to whom case was assigned _John F Moulds_

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) _( Jury Trial on March 2005 case over )_

6. Approximate date of filing lawsuit _March 2002_

7. Approximate date of disposition _March 2005_

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?   ☑ Yes   ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?   ☑ Yes   ☐ No

If your answer is no, explain why not _____

C. Is the grievance process completed?   ☑ Yes   ☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant _Tom Bosenko_ is employed as _Sheriff of Shasta County_ at _1525 Court St Redding, Ca 96001_

B. Additional defendants _Sheriff Cpt Vanbuskirk, Lt. Ashmun, Sgt Jenkins, C/O Sam Galindo, C/O Steven Hyde, C/O Brian Walker, C/O Jason Whittington, C/O Curtis Forehand, C/O Brian Rodgers, Shasta County Deputy Marshal Tana Wilburn, California Dept of Corrections & Rehabilitation Parole Agent Randy Honey, Shasta County Public Deputy Defender Bill Bateman, Deputy Public Defender Jeff Gorder And Shasta County Superior Court Judge Wilson Curle_

4

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

Shasta County sheriff Tom Bosenko, cpt vanbuskirk and ct. Ashman implement illegal policies at the jail depriving plaintiff Michael Aaron Jayne his right to be free from cruel & unusual punishment by ordering Shasta County correctional officers to use excessive force on Plaintiff on 10/18/07 C/o forehand & Rodgers twisted his arms and threw him on the ground at approx 2:30 PM in Booking putting the Plaintiff in a safety/isolation cell as a form of punishment after Plaintiff threw his tray out of his cell door. 5 minutes elapsed until the C/o's come back and callously, maliciously used excessive force and denied Plaintiff his right to medical treatment. On October 6, 2007 at about 11:00 P.M. C/o Brian Walker

continued statement of claim—

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

That the court issue a order requiring Defendants to give visits to Plaintiff, That the Defendants allow Plaintiff out of his cell 1 hour a day and that they start serving a nutretious meal, provide books in Ad-seg, Install a T.V, provide medical treatment to Plaintiff, stop using excessive force, stop using Isolation cell/safety cell as form of punishment for up to 12 hours, stop threating Plaintiff, And to order the Superior Court to give Plaintiff a conflict lawyer, And to punish Defendants with awarding Plaintiff 250,000.00 for sustained injuries from stress, physical & enduring cruel punishment

Signed this 24 day of october , 19 2007 .

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

24 october 2007                     _____
(Date)                              (Signature of Plaintiff)

Statement of Claims - First Claim for relief

- brought Plaintiff out of his cell at the Shasta County Jail and attempted to threaten the Plaintiff in the booking holding cell because he would not provide information into the injuries of inmate Bobby Cox. C/O Walker stated to the Plaintiff that Parole agent Randy Abney called up the Jail and said to have some of the Plaintiffs fellow inmates touch him up and to make life hard on him. C/O Walker said he could stop this request if the Plaintiff told him what had happened to inmate Cox. Plaintiff refused to cooperate to C/O Walker. The Plaintiff attempted to file a citizens complaint under penal code section 148 with the sheriffs in which they refused to allow that right. on 10-9-07 Plaintiff went to superior court telling his Public Defender Bill Bateman what occurred and his Public Defender said he is lying and he better be careful further the Plaintiff went on to tell the Public Defender about how Deputy Public Defender Jeff Gorder acted inappropriately and Bill Bateman called Plaintiff a lyer. The Plaintiff then spit on his attorney and was then threatened by Shasta County Deputy Marshal Tona Wilburn that Plaintiffs world is about to be shattered. Deputy Public Defender Jeff Gorder then said he has talked to the Judge and that Im going to get washed and that the Judge would make a phone call Judge Wilson Curle to the Jail about making life a living hell for me. Since October 9, 2007 Shasta County Jail staff have used on numerous occasions excessive use of force on October 18, 22 and the 23rd by the following Defendants. They are using a safety cell/Isolation Chamber in booking in which Jail staff have placed Plaintiff in the safety cell for upwards to 6-9 hours at a time as a form of punishment taking Plaintiff out of his Ad-seg Jail cell where no imediate need of safety is required. Jail staff have told Plaintiff that he is never going to see the light of day and that he will never see his family again at visiting. Lt. Ashmon and Sgt. Jenkins said to Plaintiff that visiting is a privilage not a right and stripped the Plaintiff of his right to visit his family guaranteed by the State & U.S Constitutions. further the named Defendants are Isolating the Plaintiff in his Jail cell for 24 hours a-day

(6)

## III

**ON A REQUEST FOR DISCHARGE OR SUBSTITUTION OF COURT-APPOINTED COUNSEL, THE TRIAL JUDGE MUST CONDUCT A HEARING AND ALLOW THE DEFENDANT TO STATE SPECIFIC REASONS FOR THE REQUEST**

The trial court cannot properly exercise its judgment in this matter without giving the defendant an opportunity to voice the specific reasons for requesting a change of attorney. "A trial judge is unable to intelligently deal with a defendant's request for substitution of attorneys unless he is cognizant of the grounds which prompted the request. The defendant may have knowledge of conduct and events relevant to the diligence and competence of his attorney which are not apparent to the trial judge from observations within the four corners of the courtroom. (Id. at 123)

## IV

**THE COURT IS REQUIRED TO APPOINT SUCCESSIVE COUNSEL FOR THE DEFENDANT WHEN THE RECORD CLEARLY SHOWS INADEQUATE REPRESENTATION BY THE FIRST APPOINTED COUNSEL**

"A defendant's right to a court-appointed counsel does not include the right to require the court to appoint more than one counsel, except in a situation where the record clearly shows that the first appointed counsel is not adequately representing the accused.... (Id. at 123, quoting People v Mitchell (1960) 185 Cal.App.2d 507, 512, quoting 157 A.L.R. 1225, 1226)

7 days a-week with the exception of a half hour out of his cell every other day. The Plaintiff has put in several complaints to Jail staff & Administration in which they say it is a privilege to come out of your cell and to see your family. The Plaintiff is being subjected to cruel & unusual punishment by Jail staff continuing to use excessive force, deny medical treatment in which Plaintiff has requested they provide to treat injuries sustained by the Correctional officers. Jail staff have written up plaintiff 15 disciplinary write-ups as a pretext of the harassment and use of excessive use of force and cruel punishment. They are now serving him his food on a small paper tray in which the listed c/o's are serving less food to him. Jail staff further are not serving the right amount of food to me required by law. Every day for lunch they serve 1 small sandwich, 1 piece of fruit and 1 milk. At dinner they are serving me less then the rest of the inmates. Also per California law the Jail is supposed to give inmates in Ad-seg the same things to inmates in General population. They do not have a t.v in Ad-seg, they are not providing books to inmates or to the Plaintiff as required. They have denied Plaintiff his right to due process in the disciplinary write-ups as well. The Plaintiff is in sustained fear by the Defendants he continues to be subjected to cruel & unusual punishment, use of safety cell as punishment, use of excessive force, denyial of medical treatment, denying Plaintiffs right to visit with his family, denying Plaintiffs right to be get out of his cell 1 hour a-day. Plaintiff Demand's a Jury Trial in said action and request this court to issue a temporary restraining order to order Defendants to serve him the same amount of food, allow him to visit with his family and not use that as a form of punishment and to let him out of his cell 1 hour a-day and to serve Plaintiff a nutretious meal.

Dated: October 24, 2007

Respectfully Submitted
Plaintiff Michael Jay

(7)

## V

## INADEQUATE REPRESENTATION BY DEFENSE COUNSEL REQUIRES DISMISSAL, REVERSAL OF CONVICTION, AND/OR SUBSTITUTION OF COUNSEL

A criminal defendant is guaranteed effective and adequate representation by defense counsel at all critical stages of the criminal proceedings by the due process provisions of the United States and California Constitutions. Inadequate representation by defense counsel requires that the defendant be granted a dismissal, reversal of conviction, and/or substitution of counsel. (U.S. Const. amend. 5, 6 and 14; Cal. Const. art. I, §§7 and 15; People v Marsden, supra)

## CONCLUSION

Defendant has been deprived of adequate representation of counsel and is therefore entitled to the relief prayed for. The Motion should be granted.

///

///

# UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) DEFENDANTS** (Check box if you are representing yourself ☒)
Shasta county Sheriff Tom Bosenko, sheriff cpt. vanbuskirk, Lt. Ashmun, Sgt. Jinking, c/o Sam Galinda, c/o Brian Walker, c/o Steven Hyde, c/o Jason Whittington, Nurse Bonnie Harrison, c/o Curtis Firehand, c/o Brandon Rodgers, Nurse Robert Vincent

**PLAINTIFF**
MICHAEL AARON JAYNE
IN PROPER

(b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
1525 Court St, Redding, Ca 96002 (SHASTA COUNTY)

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):
SHASTA COUNTY

(c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Tom Bosenko Sheriff
1525 Court St
Redding, Ca 96001

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
CLASS ACTION under F.R.C.P. 23: ☐ Yes ☐ No   ☒ MONEY DEMANDED IN COMPLAINT: $250,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
U.S.C 1983 civil rights Action
Depravation of liberty, subjected to cruel & unusual punishment, use of excessive force, failure to provide medical

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☒ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info Act | ☐ 230 Rent Lease & Ejectment | | | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U S Plaintiff or Defendant) |
| ☐ 890 Other Statutory Actions | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number:

EDCA-JS44 (01/05)          CIVIL COVER SHEET          Page 1 of 2