IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE,

        Plaintiff,                    No. CIV S-07-2292 MCE KJM P

   vs.

TOM BOSENKO, et al.,

        Defendants.            ORDER

                               /

          Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his jail trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement.

          In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his jail trust account

/////

/////

/////

1

1 statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's
2 failure to comply with this order will result in a recommendation that this action be dismissed
3 without prejudice.
4 DATED: December 17, 2007.

_____
U.S. MAGISTRATE JUDGE

7 2/dd
jayn2292.3c.new