IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE,

        Plaintiff,                                No. CIV S-07-2292 MCE KJM P

    vs.

TOM BOSENKO, et al.,

        Defendants.                     <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        In addition, plaintiff's January 7, 2008 motion to seal the record will be granted in part.

        Accordingly, IT IS HEREBY ORDERED that

        1. The Clerk of the Court is directed to seal plaintiff's January 7, 2008 motion and its exhibits (docket no. 11).

        2. This action is dismissed and all pending motions are hereby denied without prejudice.

DATED: January 31, 2008.

                                                        U.S. MAGISTRATE JUDGE

2/jayn2292.59+